UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC **FILED**
DEC 0 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** CLARENCE HANKTON |
| **County of Residence:** | **County of Residence:** TAZEWELL |
| **Plaintiff's Address:**<br>1) AUSA<br><br>2) Thomas D. Shakeshaft<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 | **Defendant's Attorney:**<br>Clarence Hankton<br>#13365-424<br>Pekin - FCI<br>P.O. Box 5000<br>Pekin, IL 61555 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6791
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham   **Date:** 12/03/2007

Norgle
needs Mag. Jd.

01CR1-1