UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. **07 C 6791** |
| v. | ) | |
| CLARENCE HANKTON | ) | Judge Charles R. Norgle, Sr. |
| | ) | |

**ATTORNEY DESIGNATION**

 Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

             Respectfully submitted,

             PATRICK J. FITZGERALD
             United States Attorney

             By: /s/Thomas D. Shakeshaft
              Thomas D. Shakeshaft
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 886-0667

**CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**ATTORNEY DESIGNATION**

was, on December 19, 2007 served pursuant to the district court's ECF system as to ECF filers, if any, and a copy thereof was sent by First Class Mail to the individual identified below:

```
Clarence Hankton
#13365-424
Pekin - FCI
P.O. Box 5000
Pekin, IL 61555
```

                                            /s/Thomas D. Shakeshaft
                                            Thomas D. Shakeshaft
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604
                                            (312) 886-0667