MHN

Clarence Hankton
Reg. No. 13365-424
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

FILED
LCW
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,             )
                                      )
        Plaintiff,                    )
                                      )
                                      )
v.                                    )   No[s]. 01-CR-01
                                      )          07-CV-06791
                                      )
CLARENCE HANKTON,                     )
                                      )
        Defendant.                    )

DEFENDANT'S REQUEST FOR ENLARGEMENT

Defendant Clarence Hankton hereby requests an enlargement of time to file a reply in this matter. In support, Hankton states as follows:

1. Hankton is presently proceeding in this matter pro se without the benefit of any formal legal training. In addition to theses §3582 proceedings, Hankton is also proceeding in the matter of his pro se Motion to Vacate Under 28 U.S.C. §2255. See Clarence Hankton v. United States, No. 1:07-cv-06791 (N.D.Ill).

2. After Hankton filed his request for sentence reduction, the Court ordered the government to respond to his motion by August 8, 2008.

3. Despite the August 8th deadline, the Clerk's Office has never provided Hankton with a copy of the government's response and he has not received a copy from the government either.

4. On August 13, 2008 Hankton's wife was contacted by the Federal Defender's Office for the Northern District of Illinois. Carol Brook from the Defender's Office informed Mrs. Hankton that Paul Flynn had been appointed to represent Hankton for purposes of his request for sentence reduction under 18 U.S.C. §3582. However, Hankton has not received any indication from Mr. Flynn that he has sought a continuance in this case or otherwise.

5. Additionally, the government was also due to respond to Hankton's Motion to Vacate Under 28 U.S.C. §2255 by August 11, 2008. See Hankton v. United States, No. 1:07-cv-06791 (Dkt. No. 9). The government, however, has neither furnished Hankton with a copy of a response or served Hankton with any request for a continuance in this matter.

6. Hankton is prepared to file reply briefs in both cases, but is unable to do so because the government has not provided him with a copy of responsive pleadings filed in either case. Moreover, although Hankton's wife was contacted and informed that counsel had been appointed, Hankton himself has not been contacted by an attorney.

7. For the reasons specified above, Hankton requests additional time to file a reply brief in the matter of his request for sentence reduction as well as his §2255.

2

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail firstclass postage prepaid and properly addressed to the following on this 21st day of August, 2008:

Edmond Chang
Assistant United States Attorney
219 S. Dearborn
Chicago, IL 60604

Thomas Shakeshaft
Assistant United States Attorney
219 S. Dearborn
Chicago, IL 60604

*Clarence Hankton*
Clarence Hankton
Reg. No. 13365-424