Clarence Hankton
Reg. No. 13365-424
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

FILED
Sep 3, 2008
SEP 3 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CLARENCE HANKTON, )
   )
   Petitioner, )
   )
   )
v. )  No. 1:07-cv-06791
   )
UNITED STATES OF AMERICA, )  Honorable Charles Norgle, Sr.
   )
   Respondent. )

### PETITIONER'S MOTION TO STRIKE GOVERNMENT'S RESPONSE

Petitioner Clarence Hankton, appearing pro se, hereby asks this Court to strike any response filed by the government in this matter as untimely. Any potential response filed in these Section 2255 Proceedings should be stricken for the following reasons:

1. Hankton's pro se Motion to Vacate Pursuant to 28 U.S.C. §2255 was filed on November 7, 2007. On July 21, 2008 the Court directed the government to respond by August 11, 2008.

2. To date the government has neither responded to the allegations in Hankton's §2255 or sought a continuance to do so. For these reasons, any future response would be untimely and should be stricken if submitted.

3.   As a result of the failure by the United States to defend against Hankton's habeas allegations, Hankton contends that it is proper for the Court to evaluate the claims raised therein solely on the basis of the existing pleadings.

Dated:   August 28, 2008

Respectfully submitted,

*Clarence Hankton*

Clarence Hankton
Reg. No. 13365-424
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail firstclass postage prepaid and properly addressed to the following on this 28th day of August, 2008:

Thomas Shakeshaft
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

Clarence Hankton

*Clarence Hankton*